UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 15 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>    Petitioner,<br><br> v.<br><br>NORTH MOUNTAIN FOOTHILLS APARTMENTS, LLC,<br><br>    Respondent. | No. 24-2223<br><br>NLRB No. 28-CA-286885<br><br>ORDER |

Before: H.A. THOMAS and DE ALBA, Circuit Judges, and RAKOFF, District Judge.*

The court no longer requires supplemental briefs as to whether rehearing en banc should be granted, as no judge of this court has maintained a call for a vote on such rehearing.

---

    * The Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation.